JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 13-983 JVS (CWx) | Date July 3, 2013 |
| Title Stimac v. Wells Fargo Home Mortgage et al. | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Remanding Action to the Superior Court of the State of California for the County of Orange

   On June 28, 2013, Wells Fargo Bank, N.A. ("Wells Fargo") removed this case from the Superior Court of the State of California for the County of Orange on the basis of diversity jurisdiction, 28 U.S.C. § 1332. (Docket No. 1.)

   The removal hinges on whether Wells Fargo is a citizen of South Dakota and only South Dakota. However, the Court has previously determined and Well Fargo has conceded in prior litigation that Wells Fargo is a citizen of California. E.g., Uriarte v. Wells Fargo Bank, N.A., No. 11-cv-2082-IEG (WVG), 2011 WL 5295285, at *1 n.2 (S.D. Cal. Nov. 3, 2011) ("Wells Fargo does not contest that its principal place of business is in San Francisco, California."); Mount v. Wells Fargo Bank, N.A., No. CV 08-6298 GAF (MANx), 2008 WL 5046286, at *1 (C.D. Cal. Nov. 24, 2008) (noting that Wells Fargo "has regularly described its principal place of business as San Francisco, California"); Mania Bakhtavar v. Wells Fargo Bank, N.A. et al., SACV 12-01330 JVS (JPRx), Docket No. 8, pp. 1-2. Because Wells Fargo is a citizen of California, and plaintiffs are citizens of California (Complaint, ¶ 3), this Court has no subject matter jurisdiction because there is a lack of complete diversity between the parties. No other basis of jurisdiction is apparent on the face of the complaint.

   The case is remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |